THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JON D. SIEG, Defendant-Appellant.

(No. 59207;

First District (3rd Division)—February 28, 1974.

PER CURIAM.
MEJDA, J., took no part.

Adam D. Bourgeois and Howard T. Savage, both of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.